FILED IN MY OFFICE
SECOND JUDICIAL DISTRICT COURT
BERNALILLO COUNTY, NM
JAMES A. NOEL
10/12/2018 2:07 PM
Brittany Tso
Summons Issued

STATE OF NEW MEXICO
SECOND JUDICIAL DISTRICT COURT
COUNTY OF BERNALILLO

MESHA GERKEN,
Plaintiffs Pro Se

VS

CASE# D- CV 2018 07474

ALBUQUERQUE POLICE DEPARTMENT;
OFFICER WILLIAM YOUNG,
OFFICER L. MONTE,
OFFICER S. LOWELL,
OFFICER L. HERNANDEZ,
OFFICER JUAN CABRERA, APPROVING OFFICER
OFFICER MIKE GEIER, CHIEF OF POLICE
Defendants,

**CIVIL COMPLAINT FOR DAMAGES**

COMES NOW before the Court, Plaintiff Pro Se, MESHA GERKEN, humbly requesting righteous restitution and subrogation for damages and suffering incurred due to the actions and choices participated in by Officers William Young, L. Monte, S. Lowell, L. Hernandez, Juan Cabrera and Chief Geier.

As the documented record shows, on 10-12-2015, an unsolicited act of "ROAD RAGE" perpetrated against the Plaintiff and her children by an assailant, one DOMINIC CHARLES MILES, led to the ASSAULT AND BATTERY WITH GREAT BODILY HARM of a minor, BRENDAN STARKEY, only son of the Plaintiff MESHA GERKEN.

APD's refusal to perform their duties completely and effectively has left the family vulnerable to further assaults, abuse and harassment from DOMINIC CHARLES MILES and his associates.

The Plaintiff levies the following charges of NEGLECT, DERELICTION OF DUTY, LACK OF ADEQUATE OVERSIGHT, DISCRIMINATION and DENIAL OF CIVIL RIGHTS against Albuquerque Police Department and its Leadership:

1. Incident No: 152850786, Case # 150094254- As the documented record shows, on 10-12-2015, at or about 3:15pm an unsolicited act of "ROAD RAGE" perpetrated against the Plaintiff and her children by an assailant, one DOMINIC CHARLES MILES, leads to the ASSAULT AND BATTERY WITH GREAT BODILY HARM of a minor, BRENDAN STARKEY, only son of the Plaintiff. Attending Officers were William Young, L. Monte, S. Lowell and L. Hernandez.

DEFENDANT'S
EXHIBIT
A

2. When police arrived on scene, two individuals were observed by police to have blood on them and appeared to be wounded- BRENDAN STARKEY and DOMINIC CHARLES MILES.
3. One individual, a 16 year old minor, BRENDAN STARKEY, was one of these individuals. When asked about the injury, the minor stated to the officer that his injuries were caused by an UNWARRANTED AND UNSOLICITED AMBUSH ATTACK by an adult, one DOMINIC CHARLES MILES.
4. Assailant further volitionally confesses to police that he left the scene of the crime, returned to his home and then reconnects with the Plaintiff and her family.
5. These claims were corroborated by juvenile victim's Mother, MESHA GERKEN, and his sister HEATHER STARKEY, parties to the assault.
6. When asked about the claim made by the juvenile, DOMINIC CHARLES MILES volitionally and without duress confessed on scene to the AGGRAVATED ASSAULT AND BATTERY OF A MINOR that yielded great bodily harm.
7. Police spoke to all parties involved, Emergency crews treated the injured and CSI was called out to investigate and collect evidence. In doing, Albuquerque Police Department (henceforth referred to as APD):
   (a) Did not secure or ensure the immediate security, safety, health or well-being of the injured minor.
   (b) Did not offer resources to victim or family in the moment or at any time there after for the trauma they had endured or for the psychiatric crisis that was currently ensuing for the victim and his family, all who are disabled and had told police they were currently diagnosed and suffering from Domestic Violence associated PTSD. At one point in time the Plaintiff, MESHA GERKEN, was viewed by police laying on the ground in crisis, after being told she may be arrested, and did nothing to help or to secure further assistance or services. They didn't even offer to call for a female officer or liaison.
   (c) Mishandled evidence and/or inadequately and incompletely collected evidence.
   (d) Misquoted and/or misreported witness and/or participant testimonies.
   (e) DID NOT participate in any collection of data from either party that would have determined whether or not substance was a factor in the incident; even after the Plaintiff stated her concerns regarding the possibility of substance being a factor in the matter.
   (f) Falsely reported alleged forensic "facts" observed on scene.
   (g) FAILED to arrest an adult that CONFESSED to abusing a child, even after the child and his mother made complaint of abuse, blood was observed on the juvenile victim by the attending officer(s) and the offending adult confessed on scene to the abuse.
8. The report was filed inappropriately. When Plaintiff, MESHA GERKEN, sought out the report numerous times in the months after the incident and it was not available. When the Plaintiff reported subsequent attacks from the Defendant in 2016-18, police themselves were unable to find the report which made creating any follow up reports impossible. This left the victim BRENDAN STARKEY and his family- including MESHA GERKEN, HEATHER STARKEY and the victim's 71 year old grandmother NANCY COE-

MUNSEY unfairly and abjectly vulnerable to continued aggressions from their assailant, DOMINIC CHARLES MILES, without any hope of protection or defense.

9. LACK OF OVERSIGHT: Officer Juan Cabrera is recorded on the reports as being the Approving Officer and oversight for Officers Lowell, Monte and Hernandez; the Chief is his oversight. Therefore, they too are responsible for neglect and a dereliction of duty as after reading the reports they signed off on them without any further contact or follow up with the juvenile victim or his family; it appears no one even once considered apprehending the self-confessed child abuser DOMINIC CHARLES MILES.
10. DISCRIMINATION: Plaintiff believes that there are elements of racism and gender bias in the case, on behalf of their assailant, DOMINC CHARLES MILES, in his targeting of them. A discrimination that was openly ignored by police in their investigations and then re-perpetrated upon the Plaintiff and her family in the treatment they received from the police.

The Plaintiff, MESHA GERKEN, and her family humbly request audience with the Court to hear these facts and decide the appropriate movement forward on their requests for:

1. Necessary changes to APD policies regarding the processing of claims of abuse and assault against juveniles, especially when physical evidence such as blood, lacerations and/or lesions are present.
2. Subrogation for behavioral health bills directly associated with the incident of 10-12-2015, for BRENDAN STARKEY, HEATHER STARKEY, MESHA STARKEY and NANCY COE-MUNSEY.
3. Loss of Wages for BRENDAN STARKEY and MESHA GERKEN.
4. Punitive damages for pain and suffering for BRENDAN STARKEY, HEATHER STARKEY, MESHA GERKEN and NANCY COE-MUNSEY.
5. Any and all associated legal fees.
6. Any and all other relief the Court deems appropriate.

Respectfully submitted this 12 day of October, 2018 by Plaintiff Pro Se, Mesha Gerken for the Courts wise consideration. Thank You.

Mesha Gerken
9119 Central, NE #13
Albuquerque NM, 87123
505-974-9000

I, the undersigned, Mesha Gerken aka Mesha Starkey, certify on pain of purgery that the statements made herein are correct and true to the best of my knowledge and recollection.

**CERTIFICATE OF SERVICE**

The undersigned certifies that a complete and true copy of the foregoing document was sent to the Defendant, *ALBUQUERQUE POLICE DEPARTMENT* on or by 10/13/18 by standard USPS First Class mail at,

Civilian Police Oversight Agency
600 2nd NW, Room 813
Albuquerque, NM 87102

by ______________________

| STATE OF NEW MEXICO SUPPLEMENTAL REPORT | ORIG. OFFENSE DATE 10-12-2015 | SUPP. DATE 10-12-2015 | CASE NO. 150094254 | INC. NO. 152850788 | PAGE 2 | OF 2 |
|---|---|---|---|---|---|---|
| ORIGINAL OFFENSE REPORTED 30-15-1 (F) | ORIGINAL VICTIM'S NAME (LAST, FIRST, MIDDLE) MILES DOMINIC | | | | DATE OF BIRTH [redacted]980 | |
| LOCATION OF OCCURRENCE 700 SAN MATEO SE | | | ALBUQUERQUE | | 87108 | |

MONTE WAS TAKING PRIMARY ON THE CALL. OFFICER LOWELL STATED THAT HE HAD SPOKEN WITH MS. MISHA STARKEY AND SHE ADVISED THAT MR. MILES HAD CUT HER VEHICLE OFF ON NUMEROUS OCCASIONS WHILE THEY WERE TRAVELING WESTBOUND ON ZUNI BLVD SE FROM SAN PEDRO SE. MS. STARKEY STATED WHEN HER VEHICLE CAME TO A STOP MR. MILES APPROACHED THE PASSENGER SIDE OF HER VEHICLE AND PROCEEDED TO REACH IN THE VEHICLE AND PUNCH HER SIXTEEN YEAR OLD SON BRANDAN. MS. STARKEY STATED THAT MR. MILES STARTED TO REACH INSIDE OF HER VEHICLE AGAIN SO SHE HIT HIM WITH A PIPE WRENCH SHE HAD NEXT TO THE STREET. MS. STARKEY STATED THAT SHE ATTEMPTED TO FOLLOW MR. MILES MOTORCYCLE SO SHE COULD OBTAIN A LICENSE PLATE. MS. STARKEY ADVISED WHEN SHE SAW MR. MILES THE SECOND TIME ON BELL SHE HAD GOTTEN INTO AN ARGUMENT WITH HIM. WHEN SHE ATTEMPTED TO MOVE HER VAN, HER FOOT SLIPPED OFF OF THE BRAKE AND HIT THE GAS PEDAL, CAUSING THE ACCIDENT.

AFTER OBTAINING THE STATEMENTS GIVEN FROM ALL PARTIES I PROCEEDED TO LOOK FOR ANY PHYSICAL EVIDENCE ON SCENE. I OBSERVED THAT THE VAN WAS CURRENTLY ON THE SIDEWALK AND THE MOTORCYCLE WAS DIRECTLY UNDERNEATH IT. THERE WERE VISIBLE YAW MARKS ON THE STREET AND SCRAPING ON THE SIDEWALK HEADING IN A NORTHBOUND DIRECTION. FROM THE PHYSICAL EVIDENCE IT APPEARED THAT THE MOTORCYCLE WAS HIT BY THE VAN DIRECTLY IN FRONT OF THE SIDEWALK. THE VAN APPEARED TO TAKE A STRAIGHT PATH ONTO THE SIDEWALK. NO BRAKING MARKS WERE OBSERVED ON THE STREET. TIRE MARKS FROM THE DRIVER SIDE OF THE VAN WERE OBSERVED ON THE SIDEWALK TRAVELING APPROXIMATELY 7 FEET.

WHILE I WAS REVIEWING THE SCENE OFFICER L. MONTE CONDUCTED INTERVIEWS OF ALL PARTIES INVOLVED, AND OBTAINED THE STATEMENT FROM A INDEPENDENT WITNESS. AFTER SPEAKING WITH ALL PARTIES HE ADVISED THAT HE WOULD SUBMIT A CASE TO THE DISTRICT ATTORNEY FOR REVIEW. NO ONE WAS ARRESTED ON SCENE. A FIELD INVESTIGATOR WAS CALLED TO THE SCENE AND TOOK PHOTOGRAPHS. MEDICS WERE ALSO CALLED, AND MR. MILES AND MR. STARKEY WERE TREATED AND RELEASED.

Received Date: 02/04/2017

| STATE OF NEW MEXICO SUPPLEMENTAL REPORT | ORIG. OFFENSE DATE | SUPP. DATE | CASE NO. | INC. NO. | PAGE | OF |
|---|---|---|---|---|---|---|
| | 10-12-2015 | 10-12-2015 | 150094254 | 152850788 | 1 | 1 |

| ORIGINAL OFFENSE REPORTED | ORIGINAL VICTIM'S NAME (LAST, FIRST, MIDDLE) | | DATE OF BIRTH |
|---|---|---|---|
| 30-13-1 (F) | Miles | Dominic | 1980 |

| LOCATION OF OCCURRENCE | | |
|---|---|---|
| 700 San Mateo SE | ALBUQUERQUE | 87108 |

I responded to the scene of an accident involving a motorcycle and a large van at the intersection of San Mateo and Bell. I responded as units on scene were dealing with uncooperative and irate individuals on scene. Upon arrival I spoke to Dominic Miles who was identified as the operator of the motorcycle. Dominic stated the entire incident had began on Zuni as he traveled east from San Mateo. He stated he was traveling east on the number one lane and that the driver of the van later identified as Misha Starkey had cut him off forcing him on to oncoming traffic. Dominic then stated he was nearly ran over as she closed distance on him in what he described an attempt to rear end him with the van. Dominic stated he had traveled on to the number two lane and the two had stopped for traffic as the van now ended on his left side. He stated the passenger had opened the door striking him on the leg. Fearing the male occupant was going to hit him later identified as Brandan Starkey ([redacted] [redacted]) Dominic stood up and punched Brandan. Dominic got back on to his motorcycle. Dominic was struck in the left arm with a Hatchet as he described the weapon by the driver who had reached out through the passenger window. It was later determined the weapon used was a pipe wrench. The rear passenger identified as Heather Starkey got out and attempted to push him off the motorcycle as he got back on to his motorcycle and drove away.

After being struck Dominic turned right and made his way to his apartment near by. He had then traveled west on Bell as he was going to get medical attention for the laceration he had suffered. Once he arrived at the intersection of Bell and San Mateo as he got ready to turn north on to San Mateo he was surprised to see the same white van now heading at him. Dominic stated the van had hit him knocking him off the bike on to the bushes as the driver drove over his motorcycle. Dominic then later stated she had approached him at approximately ten miles per hour or less and crashed on to him knocking him off the bike. The van stopped partially over the bike as he tried to get the motorcycle from under the van. Every one had now gotten out of the van and he ran on to traffic asking other driver to call 911. As he feared he was going to be attacked by the occupants of the van. Dominic also made several statements that he had a concealed carry permit and if he had his gun she would of shot her when he believed se was reaching or a gun.

While getting the details I stated to Dominic a witness had video taped the original incident on Zuni and asked him not to lie. He eventually stated he had punched Brandan as he was upset over being ran off the road. I had stated to Dominic that was not the only thing he had done as he had several opportunities to turn off Zuni I told him he was so enraged he was not able to let the incident be, he had gotten in front of the van slammed on his braked and continued to make the situation worst. Dominic then stopped next to the van and punched the passenger. Dominic agreed he had been wrong and that he had many opportunities to go a different route prior to the last encounter.

I then provided al the information the the investigating officer and uploaded my lapel video to Evidence.com The motorcycle was towed from the scene by Duggers towing to 7901 San Pedro NE.

STATUS

| REPORTING OFFICER (PRINT) | RANK | I.D. NO. | DATE | DETECTIVE / FOLLOW UP OFFICER / REFERRED TO | I.D. NO. | DATE |
|---|---|---|---|---|---|---|
| HERNANDEZ,LUIS | P1C | P3934 | 10-12-2015 | | | |
| **ASSISTING OFFICER (PRINT)** | **RANK** | **I.D. NO.** | **DATE** | **PROCESSED BY** / **DATE** | **DATA ENTRY PERSON** | **DATE** |
| | | | | | | |
| **APPROVING OFFICER (PRINT)** | **RANK** | **I.D. NO.** | **DATE** | | | **DATE** |
| YOUNG,WILLIAM | | P3112 | 11-06-2015 | X | | |

DISTRIBUTION ☐ IA ☐ S ☐ SE ☐ NE ☐ VA ☐ SW ☐ FHL ☐ DA ☐ CACU ☐ OTHER ☐ NW — CASES CLEARED BY THIS ARREST CASE NO. CASE NO. — CASE NO. — REV 3/94

Received Date: 02/04/2017

Received Date: 02/04/2017

14:32 0000000022

15-94164

# ALBUQUERQUE POLICE DEPARTMENT FIELD INVESTIGATOR SUPPLEMENT

FH ☐ NE ☐ SE ☒ VA ☐ SW ☐ NW ☐

| 1 REASON FOR SUPPLEMENT | 2 THIS CASE REFERS TO THE FOLLOWING CASES | 3 DATE OF ORIGINAL REPORT | 4 DATE OF THIS REPORT | 4 CASE NO |
|---|---|---|---|---|
| | | 10-12-2015 | 10-12-2015 | 150094254 |

| 5 VICTIM (PRINT-LAST, FIRST, MIDDLE) | 7 ADDRESS | 8 RACE | 9 SEX | 10 ELIMS | 11 TIME OF OFFENSE |
|---|---|---|---|---|---|
| Starkey Brandon | 700 San Mateo SE | U | M | | 1526 |

| 12 OFFENSE OR CHARGE | | | 13 LOCATION OF OCCURRENCE | | 14 TIME DISPATCH | 15 TIME OF ARRIVAL | 16 TIME CLEARED |
|---|---|---|---|---|---|---|---|
| Battery | 1313 | 30-3-4 | 700 San Mateo SE | ALBUQUERQUE | 1539 | 1549 | 1735 |

## 17 INVESTIGATION

PERSONNEL PRESENT AT SCENE

| NAME | NO. | NAME | NO. |
|---|---|---|---|
| M. Lawrence | 5355 | | |
| L. Hernandez | 3934 | | |
| Beat 334 | | | |

| ORIGINAL CAD | FI CAD |
|---|---|
| 152850786 | 152850808 |

PERSON CODES: S-SUSPECT V-VICTIM I-INFORMATION M-MISSING A-ARRESTED T-CITED C-COMPLAINANT W-WITNESS

## PERSON

| 19 CODE | 20 NAME (PRINT-LAST, FIRST, MIDDLE) | 21 DATE OF BIRTH | 22 SEX | 23 RACE | 24 ADDRESS | 25 REMARKS | 26 ELIMS |
|---|---|---|---|---|---|---|---|
| SUM | Miles Dominic | [redacted] | M | U | [redacted] | | |
| DRV | Gericen Marsha | [redacted] | F | U | [redacted] | | |
| | | | | | | | |
| | | | | | | | |

## VEHICLE

| 36 CODE | 37 TYPE | 38 YEAR | 39 MAKE | 40 CODE | 41 MODEL | 42 CODE | 43 STYLE | 44 CODE | 45 COLOR | 46 LIC. NO. STATE, YEAR | 47 KEYS IN VEH | 48 TAKEN BY/RELEASED TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DTH | 2 | 2002 | GMC | | | | 2D | | | [redacted] NM 2018 | Y ☐ N ☐ UNK ☐ | |

32 VIN NUMBER: [redacted]

## 50 NARRATIVE

1 I was dispatched to the address reference a road rage/ battery call. Upon arrival contact was made with Officer Hernandez who advised that
2 during a road rage type incident Mr. Miles struck the victim in the face. Hernandez stated that after that Ms. Gericen struck Miles with a wrench
3 causing a large laceration to the arm. Officer Hernandez advised that shortly afterwards the two came into contact again at the intersections of
4 Bell SE and San Mateo SE where Ms. Gericen Appeared to have run over the motorcycle belonging to Mr. Miles and the motorcycle was now
5 under the listed van driven by Ms. Gericen. Officer Hernandez asked that I photograph both the victim, Miles and the scene.
6 The van driven by Gericen was facing north on the sidewalk. Under the van was the motorcycle. The front passenger door of the van was

| 51 PERSON SUBMITTING REPORT (PRINT-LAST, FIRST, MIDDLE) | TITLE | ID NO. | 52 SUPERVISOR APPROVING REPORT (PRINT-LAST, FIRST, MIDDLE) | TITLE | ID NO. | 53 DATA CLERK | 54 STAFF REVIEW | 55 PAGE | OF |
|---|---|---|---|---|---|---|---|---|---|
| MCSWEEN, BRANDON J | FET | P4779 | WICKLINE, ANDREW | | P3328 | | | 1 | 3 |

Received Date: 02/04/2017

| FI SUPPLEMENT | 1 VICTIM (PRINT-LAST, FIRST, MIDDLE) Starkey Brandon | 2 LOCATION OF OCCURRENCE 700 San Mateo SE ALBUQUERQUE | 3 CASE NO 150004254 |
|---|---|---|---|

4 PROPERTY CODES: ARS-ARSON/BURNED; DMG-DAMAGED; EVI-EVIDENCE; FCN-FIELD CONTACT; FND-FOUND; IMP-IMPOUNDED; LST-LOST; OBS-OBSERVED; OTH-OTHER; REC-RECOVERED OUTSIDE; RAJ-REC OUTSIDE AGENCY STH PROP; RPO-REPOSSESSION; SFE-SAFEKEEPING; STH-STOLEN; STR-STOLEN AND REC; SUS-SUSPECT VICTIM; SZD-SEIZED

5 EVIDENCE INDICATOR SYSTEM: a-AMMUNITION; b-BLOOD; c-CARTRIDGE CASE; d-CLOTHING; e-DOCUMENTS; f-FIREARMS; g-GLASS; h-HAIR; i-BULLET HOLE; j-KNIFE; k-LATENTS; m-MISCEL.; n-DRUGS; p-PROJECTILE; r-PRIMER RESIDUE

EVIDENCE / PROPERTY

| 6 CODE | 7 QUAN | 8 TYPE OF ITEM | 9 MAKE/BRAND | 10 MODEL | 11 SERIAL NUMBER | 12 COLOR | FINISH | 13 VALUE/RECOVERY VALUE | 14 NCIC NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| EVI | | Y Other (none of the above) | | | | | | | |
| **15 RCV** | | **16 TYPE CODE** | **17 MAKE CODE** | **18 MODEL CODE** | **19A OTHER DESCRIPTION** | | | | **19B INDICATOR** |
| ☒ Y ☐ N | | Cd | | | CD with still images | | | | |
| EVI | | Y Other (none of the above) | | | | | | | |
| ☒ Y ☐ N | | CD | | | Copy of scorpion lapel video | | | | |
| | | | | | | | | | |
| ☐ Y ☐ N | | | | | | | | | |
| | | | | | | | | | |
| ☐ Y ☐ N | | | | | | | | | |
| | | | | | | | | | |
| ☐ Y ☐ N | | | | | | | | | |

20 NARRATIVE

denied inward (unknown if pre-existing) ~~and what~~ appeared to be blood drops were observed on the exterior of the front passenger door. Ms. Gericen advised the blood belonged to the victim. The motorcycle was under the van with the front wheel to the northwest. Gouges were observed in the concrete of the sidewalk starting from the intersection continuing for around thirty feet. The vehicles were photographed. Permission was given by Ms. Gericen to photograph injuries to the victim. I spoke with the victim. I observed a abrasion on the inside of the lower lip. The injury was photographed. The victim advised his nose hurt. No other injuries were observed, or reported by the victim. I then spoke with Miles who advised he had a large gash type wound on his arm. Miles had already been treated by rescue personnel prior to my arrival. Observed on the left arm was a large bandage. Blood was observed seeping through the top of the bandage. The injury was photographed. While photographing Miles he picked up a bandana soaked with blood and advised that was what he used to stop the bleeding. The bandana was also photographed. I spoke again with Ms. Gericen who advised she used a pipe wrench to strike Miles. She removed the pipe wrench and it was photographed. No blood was observed on the wrench. Upon arrival of the tow truck the motorcycle was removed from under the van. The motorcycle sustained damage to the entire vehicle. The front handle bars were broken, a mirror and turn signal broken from the handle bar. The front fender, side and rear fender had what appeared to be a tire mark on them. Additional photographs of the motorcycle were taken from all angles. A CD with still images was tagged at the crime lab along with a copy of my lapel (scorpion) video.

| 21 PERSON SUBMITTING REPORT (PRINT-LAST, FIRST, MIDDLE) | TITLE | ID NO. | 22 SUPERVISOR APPROVING REPORT (PRINT-LAST, FIRST, MIDDLE) | TITLE | ID NO. | 23 DATA CLERK | 24 STAFF REVIEW | 25 PAGE | OF |
|---|---|---|---|---|---|---|---|---|---|
| MCSWEEN,BRANDON J | FET | P4779 | WICKLINE,ANDREW | | P3328 | | | 2 | 3 |

Received Date: 02/04/2017

[illegible] 14:32 [illegible]

15-94457

**FI SUPPLEMENT**

| 1 VICTIM (PRINT-LAST, FIRST, MIDDLE) | 2 LOCATION OF OCCURRENCE | 3 CASE NO |
|---|---|---|
| Starkey Brendan | [redacted] ALBUQUERQUE | 150094254 |

## VEHICLE

| VEHICLE DISPOSITION | | 30 VEHICLE CODES | 31 VEHICLE TYPES | 32 VIN NUMBER | 33 ENGINE NUMBER |
|---|---|---|---|---|---|
| 27 DES - DESTROYED<br>REL - RELEASED TO OWNER<br>SLD - SOLD/AUCTION<br>SZD - SEIZED<br>TOW - TOWED | 28 DATE<br><br>29 TIME | STN-STOLEN DMG-DAMAGED<br>IMP-IMPOUNDED LST-LOST<br>RCV-RECOVERED<br>EVD-EVIDENCE<br>SUS-SUSPECT'S VEHICLE | 1.AUTOMOBILE 6.OTHER<br>2.TRUCK/VAN 7.ATV<br>3.MOTORCYCLE 8.SNOWMOBILE<br>4.CAMPER/RV<br>5.BUS U.UNKNOWN | [redacted]<br><br>34 LOCATION ☒ TOWED ☐ LEFT AT SCENE | <br><br>35 TAKEN TO<br>DUGGERS TOWING |

| 36 CODE | 37 TYPE | 38 YEAR | 39 MAKE | 40 CODE | 41 MODEL | 42 CODE | 43 STYLE | 44 CODE | 45 COLOR | 46 LIC. NO, STATE, YEAR | 47 KEYS IN VEH | 48 TAKEN BY/RELEASED TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OTH | 3 | 2013 | KAWK | | | | | | | R88870 NM 2016 | ☐ Y ☐ N ☐ UNK | |

49 REMARKS

48B OWNER NOTIFIED ☐ Y ☐ N ☐ UNK

## VEHICLE

| VEHICLE DISPOSITION | | 30 VEHICLE CODES | 31 VEHICLE TYPES | 32 VIN NUMBER | 33 ENGINE NUMBER |
|---|---|---|---|---|---|
| 27 DES - DESTROYED<br>REL - RELEASED TO OWNER<br>SLD - SOLD/AUCTION<br>SZD - SEIZED<br>TOW - TOWED | 28 DATE<br><br>29 TIME | STN-STOLEN DMG-DAMAGED<br>IMP-IMPOUNDED LST-LOST<br>RCV-RECOVERED<br>EVD-EVIDENCE<br>SUS-SUSPECT'S VEHICLE | 1.AUTOMOBILE 6.OTHER<br>2.TRUCK/VAN 7.ATV<br>3.MOTORCYCLE 8.SNOWMOBILE<br>4.CAMPER/RV<br>5.BUS U.UNKNOWN | <br><br>34 LOCATION ☐ TOWED ☐ LEFT AT SCENE | <br><br>35 TAKEN TO |

| 36 CODE | 37 TYPE | 38 YEAR | 39 MAKE | 40 CODE | 41 MODEL | 42 CODE | 43 STYLE | 44 CODE | 45 COLOR | 46 LIC. NO, STATE, YEAR | 47 KEYS IN VEH | 48 TAKEN BY/RELEASED TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | ☐ Y ☐ N ☐ UNK | |

49 REMARKS

48B OWNER NOTIFIED ☐ Y ☐ N ☐ UNK

## VEHICLE

| VEHICLE DISPOSITION | | 30 VEHICLE CODES | 31 VEHICLE TYPES | 32 VIN NUMBER | 33 ENGINE NUMBER |
|---|---|---|---|---|---|
| 27 DES - DESTROYED<br>REL - RELEASED TO OWNER<br>SLD - SOLD/AUCTION<br>SZD - SEIZED<br>TOW - TOWED | 28 DATE<br><br>29 TIME | STN-STOLEN DMG-DAMAGED<br>IMP-IMPOUNDED LST-LOST<br>RCV-RECOVERED<br>EVD-EVIDENCE<br>SUS-SUSPECT'S VEHICLE | 1.AUTOMOBILE 6.OTHER<br>2.TRUCK/VAN 7.ATV<br>3.MOTORCYCLE 8.SNOWMOBILE<br>4.CAMPER/RV<br>5.BUS U.UNKNOWN | <br><br>34 LOCATION ☐ TOWED ☐ LEFT AT SCENE | <br><br>35 TAKEN TO |

| 36 CODE | 37 TYPE | 38 YEAR | 39 MAKE | 40 CODE | 41 MODEL | 42 CODE | 43 STYLE | 44 CODE | 45 COLOR | 46 LIC. NO, STATE, YEAR | 47 KEYS IN VEH | 48 TAKEN BY/RELEASED TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | ☐ Y ☐ N ☐ UNK | |

49 REMARKS

48B OWNER NOTIFIED ☐ Y ☐ N ☐ UNK

## VEHICLE

| VEHICLE DISPOSITION | | 30 VEHICLE CODES | 31 VEHICLE TYPES | 32 VIN NUMBER | 33 ENGINE NUMBER |
|---|---|---|---|---|---|
| 27 DES - DESTROYED<br>REL - RELEASED TO OWNER<br>SLD - SOLD/AUCTION<br>SZD - SEIZED<br>TOW - TOWED | 28 DATE<br><br>29 TIME | STN-STOLEN DMG-DAMAGED<br>IMP-IMPOUNDED LST-LOST<br>RCV-RECOVERED<br>EVD-EVIDENCE<br>SUS-SUSPECT'S VEHICLE | 1.AUTOMOBILE 6.OTHER<br>2.TRUCK/VAN 7.ATV<br>3.MOTORCYCLE 8.SNOWMOBILE<br>4.CAMPER/RV<br>5.BUS U.UNKNOWN | <br><br>34 LOCATION ☐ TOWED ☐ LEFT AT SCENE | <br><br>35 TAKEN TO |

| 36 CODE | 37 TYPE | 38 YEAR | 39 MAKE | 40 CODE | 41 MODEL | 42 CODE | 43 STYLE | 44 CODE | 45 COLOR | 46 LIC. NO, STATE, YEAR | 47 KEYS IN VEH | 48 TAKEN BY/RELEASED TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | ☐ Y ☐ N ☐ UNK | |

49 REMARKS

48B OWNER NOTIFIED ☐ Y ☐ N ☐ UNK

## VEHICLE

| VEHICLE DISPOSITION | | 30 VEHICLE CODES | 31 VEHICLE TYPES | 32 VIN NUMBER | 33 ENGINE NUMBER |
|---|---|---|---|---|---|
| 27 DES - DESTROYED<br>REL - RELEASED TO OWNER<br>SLD - SOLD/AUCTION<br>SZD - SEIZED<br>TOW - TOWED | 28 DATE<br><br>29 TIME | STN-STOLEN DMG-DAMAGED<br>IMP-IMPOUNDED LST-LOST<br>RCV-RECOVERED<br>EVD-EVIDENCE<br>SUS-SUSPECT'S VEHICLE | 1.AUTOMOBILE 6.OTHER<br>2.TRUCK/VAN 7.ATV<br>3.MOTORCYCLE 8.SNOWMOBILE<br>4.CAMPER/RV<br>5.BUS U.UNKNOWN | <br><br>34 LOCATION ☐ TOWED ☐ LEFT AT SCENE | <br><br>35 TAKEN TO |

| 36 CODE | 37 TYPE | 38 YEAR | 39 MAKE | 40 CODE | 41 MODEL | 42 CODE | 43 STYLE | 44 CODE | 45 COLOR | 46 LIC. NO, STATE, YEAR | 47 KEYS IN VEH | 48 TAKEN BY/RELEASED TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | ☐ Y ☐ N ☐ UNK | |

49 REMARKS

48B OWNER NOTIFIED ☐ Y ☐ N ☐ UNK

| 21 PERSON SUBMITTING REPORT (PRINT-LAST, FIRST, MIDDLE) | TITLE | ID NO. | 22 SUPERVISOR APPROVING REPORT (PRINT-LAST, FIRST, MIDDLE) | TITLE | ID NO. | 23 DATA CLERK | 24 STAFF REVIEW | 25 PAGE | OF |
|---|---|---|---|---|---|---|---|---|---|
| MCSWEEN, BRANDON J | FET | P4779 | WICKLINE, ANDREW | | P3328 | | | 3 | 3 |

**ALBUQUERQUE POLICE DEPARTMENT TOW-IN REPORT**

Make Kawasaki VIN [redacted]

Year 2013 License R 86670

Style MC State NM

Color white/blk Year Lic. 2016

Driver/Owner Miles [illegible] Phone

Address [redacted] 87[illegible]

Vehicle Damage

**VEHICLE DAMAGE SEVERITY**
(Enter Code in Vehicle Damage Area(s)
**SEVERITY CODES:** 1 Slight or minor-
2 Moderate- 3 Severe or Extreme.

18 Top
20 Undercarriage

FRONT REAR

**EVIDENCE**
Hold on Car? Yes ☐ Reason
No ☒

Store Inside: Yes ☐ No ☒ Keys in Car? Yes ☒ No ☐

**Inventory of Vehicle**

I hereby acknowledge receipt of above vehicle and property, in specified condition.

Wrecker Driver's Signature [signature]

Wrecker Company Rogers Towing

Towed From San Mateo/Bell Reason wreck

Towed To 7601 San Pedro NE

Officer Authorizing Tow L'Hernandez

Man # 3424 Date 10/13/15 Time 1800

Wrecker rates and service are regulated by the State Corporation Commission of New Mexico, P.E.R.A Building, P.O. Drawer 1269, Santa Fe, New Mexico 87501. In the event you feel you have been overcharged, please bring it to the attention of the wrecker State Corporation Commission. Additional appeals are available regarding consumer complaints and towing justification through the Mayor's hearing officer, 400 Marquette NW 87102, if submitted in writing within the time limits set by ordinance.

**FORM DISTRIBUTION**

WHITE - RECORDS, YELLOW - WRECKER, PINK - DRIVER/OWNER

PD 4012 (2/83)

2015 OCT 19 AM 11 38

1500 942 54 1525507886

Received Date: 02/04/2017